EUGENIA A. PENFIELD, Respondent, *v.* NEW YORK AND MOUNT VERNON WATER COMPANY, Appellant.

(Submitted June 17, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order . made June 20, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Milo J. White* for appellant.

*Norman A. Lawlor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____